**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GRAHAM B. SPANIER,** : | |
|    Plaintiff : | |
| : | No. 1:14-cv-00599 |
| v. : | |
| : | (Judge Kane) |
| **KATHLEEN G. KANE,** : | |
|    Defendant : | |

## ORDER

**AND NOW**, on this 25th day of July 2014, **IT IS HEREBY ORDERED THAT** Defendant Attorney General Kathleen G. Kane's motion to dismiss Plaintiff Graham B. Spanier's complaint on the basis of abstention (Doc. No. 6) is **GRANTED**. The Clerk of Court is directed to close this case.

 

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania